AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

---

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

August 24, 2004

I hereby certify and return that on 8/24/2004 at 1:25PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to MARGO EPPICH, agent, person in charge at time of service for DENNIS BEER, MD, at NEWTON-WELLESLEY HOSPITAL, 2014 WASHINGTON Street, Newton, MA. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.00), Postage and Handling ($1.00), Travel ($5.76) Total Charges $42.76

*John F. Kennedy*
_____
Deputy Sheriff

04022738

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ District of MASSACHUSETTS

SHERI SPARKS and
PATRICK SPARKS

V.

JAMES DAVID ALPERS, MD
DENNIS BEER, MD
JAMES TODD, MD and
STEPHEN GAEHDE, MD

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04-11741 NG

TO: (Name and address of Defendant)

DENNIS BEER, MD
NEWTON-WELLESLEY HOSPITAL
2014 WASHINGTON STREET
NEWTON, MA 02462

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENNETH M. LEVINE & ASSOCIATES
370 WASHINGTON STREET
BROOKLINE VILLAGE, MA 02445

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

8-9-04