UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-11741 NG

| | |
|---|---|
| SHERI SPARKS and <br> PATRICK SPARKS <br><br> Plaintiffs, <br><br> v. <br><br> JAMES DAVID ALPERS, M.D., <br> DENNIS BEER, M.D., <br> JAMES TODD, M.D., and <br> STEPHEN GAEHDE, M.D. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Douglas A. Morgan and Brooks A. Ames as counsel for the Defendant, James Todd, M.D., in the above-entitled matter.

The Defendant,
**James Todd, M.D.**,
By his attorneys,

Douglas A. Morgan, BBO #557653
Brooks A. Ames, BBO #641192
**RINDLER•MORGAN, P.C.**
133 Portland Street, Suite 500
Boston, MA 02114
(617) 973-0660

Dated: 9-3-04

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand or mail on 9-3-04

BAA