UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERI SPARKS and<br>PATRICK SPARKS,<br><br>        Plaintiffs,<br><br>v.<br><br>JAMES DAVID ALPERS, M.D.,<br>DENNIS BEER, M.D.,<br>JAMES TODD, M.D., and<br>STEPHEN GAEHDE, M.D.<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO.<br>04-11741 NG |

## NOTICE OF APPEARANCE

Kindly enter the appearance of James P. Donohue, Jr., and Stacey E. Morris of Sloane and Walsh on behalf of the defendant, Dennis Beer, M.D., in the above referenced matter.

                                              Respectfully submitted,

                                              The Defendant,
                                              DENNIS BEER, M.D.,
                                              By his Attorney,

                                              */s/ Stacey E. Morris*
                                              James P. Donohue, Jr., BBO #555946
                                              Stacey E. Morris, BBO #648386
                                              Sloane and Walsh, LLP
                                              Three Center Plaza, 8th Floor
                                              Boston, Massachusetts 02108
                                              (617) 523-6010

Dated: September 14, 2004

- 2 -

## CERTIFICATE OF SERVICE

I, Stacey E. Morris, certify that on the date shown below, I made service of the foregoing NOTICE OF APPEARANCE by causing a copy thereof to be mailed, postage prepaid, to the following counsel of record:

FOR THE PLAINTIFFS, SHERI SPARKS AND PATRICK SPARKS:

Kenneth M. Levine, Esquire
BBO #296850
Sheila E. Mone, Esquire
BBO #634615
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, MA 02446
(617) 566-2700

FOR THE DEFENDANT, JAMES TODD, M.D.:

Douglas A. Morgan, Esquire
BBO #557653
Brooks A. Ames, BBO #641192
RINDLER MORGAN, P.C.
133 Portland Street
Boston, MA 02114
(617) 973-0660

_____
STACEY E. MORRIS

Dated: September 14, 2004

F:\Susan\SEM\SEM\Sparks\Not App.doc