UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERI SPARKS and<br>PATRICK SPARKS,<br><br>      Plaintiffs,<br><br>v.<br><br>JAMES DAVID ALPERS, M.D.,<br>DENNIS BEER, M.D.,<br>JAMES TODD, M.D., and<br>STEPHEN GAEHDE, M.D.<br><br>      Defendants. | CIVIL ACTION NO.<br>04-11741 NG |

### DEFENDANT'S, DENNIS BEER, M.D., ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

The defendant, Dennis Beer, M.D., hereby responds to the plaintiffs' First Amended Complaint, paragraph by paragraph as follows:

### JURISDICTION

The defendant denies that jurisdiction is appropriate.

### COUNTS ONE THROUGH THREE

1.-15.  These Counts do not assert a claim against this defendant.

### COUNT FOUR

16.  The defendant repeats and reaffirms his responses to all allegations contained in Counts I through III and incorporates them herein.

17.  The defendant admits the allegations contained in this paragraph.

18.  The defendant admits that at all times relevant to this complaint, he was a knowledgeable, competent, skilled and qualified physician. The defendant denies the remaining allegations contained in this paragraph.

19.  The defendant denies the allegations contained in this paragraph.

20.  The defendant denies the allegations contained in this paragraph.

21.  The defendant denies the allegations contained in this paragraph.

WHEREFORE, the defendant, Dennis Beer, M.D., demands that the plaintiffs' First Amended Complaint be dismissed together with costs and attorneys fee.

## COUNT FIVE

22.  The defendant repeats and reaffirms his responses to all allegations contained in Counts I through IV and incorporates them herein.

23.  This paragraph does not require a response.

24.  The defendant was aware of the risks, potential consequences and alternatives to the medical treatment provided to the plaintiff.

25.  The defendant denies the allegations contained in this paragraph.

26.  The defendant denies the allegations contained in this paragraph.

27.  The defendant denies the allegations contained in this paragraph.

28.  The defendant denies the allegations contained in this paragraph.

WHEREFORE, the defendant, Dennis Beer, M.D., demands that the plaintiffs' First Amended Complaint be dismissed together with costs and attorneys fee.

## COUNT SIX

29.  The defendant repeats and reaffirms his responses to all allegations contained in Counts I through V and incorporates them herein.

30.  The defendant denies the allegations contained in this paragraph.

WHEREFORE, the defendant, Dennis Beer, M.D., demands that the plaintiffs' First Amended Complaint be dismissed together with costs and attorneys fee.

## COUNTS SEVEN THROUGH TWELVE

31.-60. These Counts do not assert a claim against this defendant.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The plaintiffs' First Amended Complaint fails to state a claim against the defendant upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

### SECOND AFFIRMATIVE DEFENSE

Any recovery by the plaintiff is barred or must be reduced in accordance with the comparative negligence of the plaintiff pursuant to M.G.L. c. 231B.

### THIRD AFFIRMATIVE DEFENSE

Any loss sustained by the plaintiff resulted from her own negligence, which was greater in degree than any negligence of the defendant, thus the plaintiff is barred from recovery in this action.

### FOURTH AFFIRMATIVE DEFENSE

The plaintiff's alleged loss or damage was not caused by the defendant or by anyone for whose conduct he is legally responsible.

### FIFTH AFFIRMATIVE DEFENSE

This action is barred by operation of the applicable Statute of Limitations.

### SIXTH AFFIRMATIVE DEFENSE

Any recovery by the plaintiff is controlled by the medical malpractice statute.

### SEVENTH AFFIRMATIVE DEFENSE

Pursuant to Fed. R. Civ. P. 12(b)(1), this Court lacks subject matter jurisdiction in that the amount in controversy does not exceed the statutory requirement.

### EIGHTH AFFIRMATIVE DEFENSE

Pursuant to Fed. R. Civ. P. 12(b)(4), the plaintiffs' First Amended Complaint should be dismissed for insufficiency of process.

### NINTH AFFIRMATIVE DEFENSE

Pursuant to Fed. R. Civ. P. 12(b)(5), the plaintiffs' First Amended Complaint should be dismissed for insufficiency of service of process.

THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES.

Respectfully submitted,

The Defendant,
DENNIS BEER, M.D.,
By his Attorney,

_____
James P. Donohue, Jr., BBO #555946
Stacey E. Morris, BBO #648386
Sloane and Walsh, LLP
Three Center Plaza, 8th Floor
Boston, Massachusetts 02108
(617) 523-6010

Dated: September 14, 2004

## CERTIFICATE OF SERVICE

I, Stacey E. Morris, certify that on the date shown below, I made service of the foregoing DEFENDANT'S, DENNIS BEER, M.D., ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT by causing a copy thereof to be mailed, postage prepaid, to the following counsel of record:

FOR THE PLAINTIFFS, SHERI SPARKS AND PATRICK SPARKS:

Kenneth M. Levine, Esquire
BBO #296850
Sheila E. Mone, Esquire
BBO #634615
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, MA 02446
(617) 566-2700

FOR THE DEFENDANT, JAMES TODD, M.D.:

Douglas A. Morgan, Esquire
BBO #557653
Brooks A. Ames, BBO #641192
RINDLER MORGAN, P.C.
133 Portland Street
Boston, MA 02114
(617) 973-0660

_____
STACEY E. MORRIS

Dated: September 14, 2004

F:\Susan\SEM\SEM\Sparks\Answer.doc