UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERI SPARKS and<br>PATRICK SPARKS,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES DAVID ALPERS, M.D.,<br>DENNIS BEER, M.D.,<br>JAMES TODD, M.D., and<br>STEPHEN GAEHDE, M.D.<br><br>    Defendants. | CIVIL ACTION NO.<br>04-11741 NG |

## MOTION OF THE DEFENDANT, DENNIS BEER, M.D., TO TRANSFER THE CLAIMS AGAINST HIM TO MASSACHUSETTS SUPERIOR COURT FOR THE PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL

Now comes the defendant, Dennis Beer, M.D., and hereby moves pursuant to M.G.L. c. 231, § 60B, that the claims against him be transferred to Massachusetts Superior Court for the purpose of convening of a medical malpractice tribunal.

              Respectfully submitted,
              The Defendant,
              DENNIS BEER, M.D.,
              By his Attorney,

              */s/ Stacey E. Morris*
              James P. Donohue, Jr., BBO #555946
              Stacey E. Morris, BBO #648386
              Sloane and Walsh, LLP
              Three Center Plaza, 8th Floor
              Boston, Massachusetts 02108
              (617) 523-6010

Dated: September 14, 2004

- 2 -

CERTIFICATE OF SERVICE

I, Stacey E. Morris, certify that on the date shown below, I made service of the foregoing MOTION OF THE DEFENDANT, DENNIS BEER, M.D., TO TRANSFER THE CLAIMS AGAINST HIM TO MASSACHUSETTS SUPERIOR COURT FOR THE PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL by causing a copy thereof to be mailed, postage prepaid, to the following counsel of record:

FOR THE PLAINTIFFS, SHERI SPARKS AND PATRICK SPARKS:

Kenneth M. Levine, Esquire
BBO #296850
Sheila E. Mone, Esquire
BBO #634615
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, MA 02446
(617) 566-2700

FOR THE DEFENDANT, JAMES TODD, M.D.:

Douglas A. Morgan, Esquire
BBO #557653
Brooks A. Ames, BBO #641192
RINDLER MORGAN, P.C.
133 Portland Street
Boston, MA 02114
(617) 973-0660

_____
STACEY E. MORRIS

Dated: September 14, 2004

F:\Susan\SEM\SEM\Sparks\Mot - MMT.doc