UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SUPERIOR COURT
NO: 01-11741 NG

SHERI SPARKS and )
PATRICK SPARKS )
  Plaintiffs )
 )
VS. )
 )
JAMES DAVID ALPERS, M.D. )
  Defendant )

## NOTICE OF APPEARANCE

### TO THE CLERK OF COURT:

Kindly enter the appearance of Matthew R. Connors, Esquire and Ficksman & Conley,

LLP, 98 No. Washington Street, Suite 500, Boston, Massachusetts as attorneys for the defendant,

James David Alpers, M.D., in the above-captioned action.

Respectfully submitted,

MATTHEW R. CONNORS
BBO# 636358
Ficksman & Conley, LLP
98 N. Washington Street - Suite 500
Boston, MA   02114
(617) 720-1515