UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SUPERIOR COURT
NO: 01-11741 NG

| | |
|---|---|
| SHERI SPARKS and | ) |
| PATRICK SPARKS | ) |
|    Plaintiffs | ) |
| | ) |
| VS. | ) |
| | ) |
| JAMES DAVID ALPERS, M.D. | ) |
|    Defendant | ) |

### ANSWER OF THE DEFENDANT, JAMES D. ALPERS, M.D. TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Now comes the defendant, James D. Alpers, M.D., and makes answer to plaintiffs' first amended Complaint as follows:

### FIRST DEFENSE

### COUNT I

1. The said defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of Count I of the plaintiffs' first amended Complaint.

2. The said defendant admits the allegations contained in Paragraph 2 of Count I of the plaintiffs' first amended Complaint.

3. The said defendant admits he is a physician licensed to practice medicine in the Commonwealth of Massachusetts.

4. The said defendant denies the allegations contained in Paragraph 4 of Count I of the plaintiffs' first amended Complaint.

5. The said defendant denies the allegations contained in Paragraph 5 (a-e) of Count I of the plaintiffs' first amended Complaint.

6. The said defendant denies the allegations contained in Paragraph 6 of Count I of the plaintiffs' first amended Complaint.

-2-

Wherefore, the said defendant denies plaintiffs are entitled to judgment against him.

## COUNT II

7. The said defendant repeats and reavers his answer to Paragraphs 1-6 in Count I of the plaintiffs' Complaint.

8. The said defendant denies the allegations contained in Paragraph 8 of Count II of the plaintiffs' Complaint.

9. The said defendant admits that he knew the risks and benefits of the treatment he provided.

10. The said defendant denies the allegations contained in Paragraph 10 of Count II of the plaintiffs' Complaint.

11. The said defendant denies the allegations contained in Paragraph 11 of Count II of the plaintiffs' Complaint.

12. The said defendant denies the allegations contained in Paragraph 12 of Count II of the plaintiffs' Complaint.

13. The said defendant denies the allegations contained in Paragraph 13 of Count II of the plaintiffs' Complaint.

Wherefore, the said defendant denies the plaintiffs are entitled to judgment against him.

## COUNT III

14. The said defendant repeats and reavers his answer to Paragraphs 1-13 of Count I and Count II of the plaintiffs' Complaint.

15. The said defendant denies the allegations contained in Paragraph 15 of Count III of the plaintiffs' Complaint.

Wherefore, the said defendant denies the plaintiffs are entitled to judgment against him.

## COUNT IV

16-21. The allegations contained in Paragraphs 16 through 21 of Count IV do not apply to said defendant.

-3-

**COUNT V**

22-28.  The allegations contained in Paragraphs 22 through 28 of Count V do not apply to said defendant.

**COUNT VI**

29-30.  The allegations contained in Paragraphs 29 through 30 of Count VI do not apply to said defendant.

**COUNT VII**

31-36.  The allegations contained in Paragraphs 31 through 36 of Count VII do not apply to said defendant.

**COUNT VIII**

37-43.  The allegations contained in Paragraphs 37 through 43 of Count VIII do not apply to said defendant.

**COUNT IX**

44-45.  The allegations contained in Paragraphs 44 through 45 of Count IX do not apply to said defendant.

**COUNT X**

46-51.  The allegations contained in Paragraphs 46 through 51 of Count X do not apply to said defendant.

**COUNT XI**

52-58.  The allegations contained in Paragraphs 52 through 58 of Count XI do not apply to said defendant.

**COUNT XII**

59-60.  The allegations contained in Paragraphs 59 through 60 of Count XII do not apply to said defendant.

-4-

## SECOND DEFENSE

And further answering, the said defendant says that the Complaint, and each and every count thereof, fails to state a cause of action.

## THIRD DEFENSE

And further answering, the said defendant says that the plaintiff was not in the exercise of due care, but rather the negligence of the plaintiff contributed to cause the injury or damage complaint of, wherefore the recovery of the plaintiff is barred in whole or in part, or is subject to diminution.

## FOURTH DEFENSE

And further answering, the said defendant says that the plaintiff assumed the risk of injury and damage and cannot recover in this action.

## FIFTH DEFENSE

And further answering, the said defendant says that this action has not been brought within the time specified by the General Laws of this Commonwealth.

## THE DEFENDANT, JAMES DAVID ALPERS, M.D., CLAIMS TRIAL BY JURY

By his attorneys,

FICKSMAN & CONLEY, LLP

/s/ Matthew Connors
MATTHEW R. CONNORS, ESQ.
BBO# 636358
98 North Washington Street
Suite 500
Boston, MA  02114

## CERTIFICATE OF SERVICE

I, Matthew R. Connors, attorney for said defendant, hereby certify that I have this day served copies of the attached:

**NOTICE OF APPEARANCE**; and

**ANSWER OF THE DEFENDANT, JAMES D. ALPERS, M.D., TO PLAINTIFF'S COMPLAINT**

upon all parties by mailing copies therefore, postage prepaid, directed to:

Kenneth Levine, Esq.
Kenneth Levine & Assoc.
370 Washington Street
Brookline, MA 02446

Signed under the pains and penalties of perjury.

DATED: September 9, 2004

_____
MATTHEW R. CONNORS
BBO# 636358
Ficksman & Conley, LLP
98 No. Washington Street - Suite 500
Boston, MA 02114
(617) 720-1515