AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

SHERI SPARKS and
PATRICK SPARKS

**SUMMONS IN A CIVIL CASE**

V.

JAMES DAVID ALPERS, MD,
DENNIS BEER, MD,
JAMES TODD, MD, and
STEPHEN GAEHDE, MD

CASE NUMBER:

**04-11741 NG**

T.O: (Name and address of Defendant)

STEPHEN GAEHDE, MD
BOSTON VA MEDICAL CENTER
150 South HUNTINGTON AVENUE
JAMAICA PLAIN, MA 02130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENNETH M. LEVINE & ASSOCIATES
370 WASHINGTON STREET
BROOKLINE VILLAGE, MA 02445

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

8-9-04

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

September 9, 2004

I hereby certify and return that on 9/2/2004 at 3:02PM I served a true and attested copy of the Sums, Comp, Interrogatories, Request for Prod. of Documents, Cover Sheet in this action in the following manner: To wit, by delivering in hand to Stephen Gaehde, MD, at Boston VA Medical Center, 150 South Huntington Avenue, Jamaica Plain, MA 02130. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Conveyance ($3.00), Travel ($6.40), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $50.40

Deputy Sheriff   David B. Isberg

*Deputy Sheriff*

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.