UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERI SPARKS AND PATRICK SPARKS<br>Plaintiffs,<br><br>v.<br><br>JAMES DAVID ALPERS, M.D.,<br>DENNIS BEER, M.D.,<br>JAMES TODD, M.D., and<br>STEPHEN GAEHDE, M.D.<br>Defendants. | CIVIL ACTION<br>NO.: 04-11741NG |

To the Clerk of this Court and All Parties of Record:

    Please enter our appearance as counsel in this case for the defendant, Stephen Gaehde, M.D.

Dated:

    The Defendant,
    Stephen Gaehde, M.D.
    By his Attorney,

    _____
    A. Bernard Guekguezian
    BBO # #559191
    Adler, Cohen, Harvey, Wakeman,
    & Guekguezian, LLP
    230 Congress Street
    Boston, MA 02110
    (617) 423-6674

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____