UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-11741 NG

_____
SHERI SPARKS and                )
PATRICK SPARKS                  )
                                )
Plaintiffs,                     )
                                )
v.                              )
                                )
JAMES DAVID ALPERS, M.D.,       )
DENNIS BEER, M.D.,              )
JAMES TODD, M.D., and           )
STEPHEN GAEHDE, M.D.            )
_____)

## MOTION OF DEFENDANT, JAMES TODD, M.D., TO TRANSFER CASE TO NORFOLK SUPERIOR COURT FOR A MEDICAL MALPRACTICE TRIBUNAL HEARING

Defendant, Dr. Todd, hereby requests that this Court temporarily transfer this case to the Norfolk Superior Court for purposes of a medical malpractice tribunal hearing, pursuant to M.G.L. c. 231, § 60B.  In support of his motion, the defendant states the following:

1. This suit alleges medical malpractice against Dr. Todd arising out of his care and treatment of Sheri Sparks in Norfolk County.

2. "A medical malpractice action brought in a court other than the Superior Court must be referred to a tribunal in the Superior Court for action in accordance with [M.G.L. c. 231] § 60B and its associated sections." Austin v. Boston University Hospital, 372 Mass. 654, 659-660 (1977).  Moreover, the Rules of Decision Act, 28 U.S.C. § 1652, and the Erie Doctrine require that a federal district court, sitting in diversity, refer "an action for malpractice, error or mistake against a provider of health care" arising under M.G.L. c. 231 § 60B to a medical malpractice tribunal.  See Feinstein v. Massachusetts General Hospital, 643 F.2d 880, 885-888 (1st. Cir. 1981).

3. Accordingly, plaintiff's medical malpractice claim must be referred to the statutory tribunal before it can be pursued in this Court.

WHEREFORE, the defendant, Dr. Todd, hereby requests that this Court allow his motion for the reasons stated above.

        Respectfully submitted,
        The Defendant,
        **James Todd, M.D.,**
        By his attorneys,


        __/s Brooks A. Ames_____
        Douglas A. Morgan, BBO #557653
        Brooks A. Ames, BBO #641192
        **RINDLER•MORGAN, P.C.**
        133 Portland Street, Suite 500
        Boston, MA 02114
        (617) 973-0660


Dated: