UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04-11741-NG

SHERI SPARKS, ET AL.

Plaintiff

v.

JAMES DAVID ALPERS, MD., ET AL.

Defendants

ORDER

October 12, 2004

COHEN, M.J.

The above-entitled medical malpractice case has been referred to this court for pretrial proceedings consistent with the provisions of 28 U.S.C. § 636(a) and Rule 2(a) of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts.

Three motions (## 10, 18, and 19) have been filed seeking relief in the nature that plaintiff shall first present his claims to a medical malpractice tribunal as required by the provisions of G.L. c. 231, § 60B.  Those motions are allowed.

Pending the completion of the proceedings before the medical malpractice tribunal, further proceedings in the case before this court are hereby ordered stayed. The Rule 16(b) Scheduling Conference set for October 14, 2004, at 2:30 p.m., is canceled. The file is hereby ordered returned to the district judge to whom this case is assigned until such time as the parties have advised that the proceedings before the medical malpractice tribunal. Upon such notification, the case may then be re-referred for further pretrial proceedings.[1]

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] We are returning the file for the reason that we suspect that further proceedings in this case will, most likely, not occur until after the cases currently assigned to the undersigned has been reassigned to a successor magistrate judge.