UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11741NG

SHERI SPARKS and PATRICK SPARKS,  )
                                  )
                Plaintiffs,       )
                                  )
v.                                )
                                  )
JAMES DAVID ALPERS, M.D.,         )
DENNIS BEER, M.D.,                )
JAMES TODD, M.D., and             )
STEPHEN GAEHDE, M.D.              )
                                  )
                Defendants.       )
                                  )

**THE DEFENDANT STEPHEN GAEHDE, M.D.'S AUTOMATIC DISCOVERY DISCLOSURES PURSUANT TO LOCAL RULE 26.2(A) AND FEDERAL RULE 26 (a)(1)**

In accordance with Federal Rule 26(a)(1), the Defendant, Stephen Gaehde, M.D., hereby submits the following automatic disclosures:

A. **Identity of Individuals Likely to Have Discoverable Information that the Defendant May Use to Support His Defenses**

    1. Michael Lew, M.D.
       Newton-Wellesley Hospital
       2014 Washington Street
       Newton, MA 02462

    2. Dennis Beers, M.D., Co-Defendant
       Newton-Wellesley Hospital
       2014 Washington Street
       Newton, MA 02462

    3. Imran Mirza, M.D.

    4.    James Todd, M.D., Co-Defendant
Newton-Wellesley Hospital
2014 Washington Street
Newton, MA 02462

    5.    Inna Vernovsky, M.D.
Newton-Wellesley Hospital
2014 Washington Street
Newton, MA 02462

    6.    James Alpers, M.D., Co-Defendant
Newton-Wellesley Hospital
2014 Washington Street
Newton, MA 02462

    7.    Sandra Thorndyke, R.N.

    8.    Paula Ann Ward, R.N.

    9.    Ann Maruca, R.N.

The defendants specifically reserve the right to supplement this list with the names of any other individuals who are identified at a later time.

## B. **Documents the Defendant may use to support his defenses**

    1.    Medical Record of Sheri Sparks
Newton-Wellesley Hospital
2014 Washington Street
Newton, MA 02462

    2.    Medical Record of Sheri Sparks
Mass General Hospital
55 Fruit Street
Boston, MA 02114

The defendants have no knowledge of any other documents that are responsive to the disclosure requirements of Fed. R. Civ. P. 26(a)(1) at this time. The defendants reserve their right to supplement this response throughout the course of discovery.

## C. **Insurance Agreements**

    1.    Certificate of Insurance for Stephen Gaehde, M.D.

Will be provided upon receipt from defendant's liability insurance carrier.

The Defendant,
STEPHEN GAEHDE, M.D.
By his Attorney,

_____
A. Bernard Guekguezian
BBO #559191
Adler, Cohen, Harvey, Wakeman
& Guekguezian, LLP
230 Congress Street, Tenth Floor
Boston, MA 02110
(617) 423-6674

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____