UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHERI SPARKS and )
PATRICK SPARKS, )
 )
       Plaintiffs, )   CIVIL ACTION NO.
 )   04-11741 NG
v. )
 )
JAMES DAVID ALPERS, M.D., )
DENNIS BEER, M.D., )
JAMES TODD, M.D., and )
STEPHEN GAEHDE, M.D. )
 )
       Defendants. )

## DEFENDANT DENNIS BEER, M.D.'S AUTOMATIC DISCLOSURE PURSUANT TO FED. R. CIV. P. 26A AND LOCAL RULE 26.2(A)

A.    Individuals Likely To Have Discoverable Information

1. Sheri Sparks, West Hartford, CT;
2. Patrick Sparks, West Hartford, CT;
3. Dennis J. Beer, M.D., 2015 Washington Street, Newton, MA 02462;
4. James David Alpers, M.D., 2014 Washington Street, Newton, MA 02462;
5. James Todd, M.D., 2000 Washington Street, Newton, MA 02462;
6. Stephan Gaehde, M.D., 150 So. Huntington Street, Jamaica Plain, MA 02130;
7. Any other health care providers involved in the medical care and treatment of Sheri Sparks;
8. All other individuals identified by the Plaintiffs in their disclosure.

The Defendant reserves the right to further supplement this list.

B.    Documents in the Defendant, Dennis Beer, M.D.'s Custody or Control That May Be Used to Support His Claims or Defenses:

Defendant, Dennis Beer, M.D., does not possess any documents relating to his care and treatment of the plaintiff, however, the following documents may possess information relevant to the disputed facts alleged in the pleadings:

      1.    Medical records of Sheri Sparks from Newton Wellesley Hospital; and
      2.    Medical records of Sheri Sparks from Massachusetts General Hospital.

C.    <u>Computation of Damages</u>

    Not applicable.

D.    <u>Insurance Agreement</u>

    A copy of the insurance declaration page is attached.

    The Defendant reserves the right to supplement these disclosures.

        Respectfully submitted,

        The Defendant,
        DENNIS BEER, M.D.,
        By his Attorney,

        /s/ Tracy G. Butler

        James P. Donohue, Jr., BBO #555946
        Stacey E. Morris, BBO #648386
        Sloane and Walsh, LLP
        Three Center Plaza, 8th Floor
        Boston, Massachusetts 02108
        (617) 523-6010

Dated: October 8, 2004

## CERTIFICATE OF SERVICE

I, Stacey E. Morris, certify that on the date shown below, I made service of the foregoing AUTOMATIC DISCLOSURE by causing a copy thereof to be mailed, postage prepaid, to the following counsel of record:

FOR THE PLAINTIFFS, SHERI SPARKS AND PATRICK SPARKS:

Kenneth M. Levine, Esquire
BBO #296850
Sheila E. Mone, Esquire
BBO #634615
KENNETH M. LEVINE & ASSOCIATES
370 Washington Street
Brookline, MA 02446
(617) 566-2700

FOR THE DEFENDANT, JAMES TODD, M.D.:

Douglas A. Morgan, Esquire
BBO #557653
Brooks A. Ames, BBO #641192
RINDLER MORGAN, P.C.
133 Portland Street
Boston, MA 02114
(617) 973-0660

FOR THE DEFENDANT, STEPHEN GAEHDE, M.D.:

A. Bernard Guekguezian, Esquire
BBO #559191
ADLER, COHEN, HARVEY, WAKEMAN &
 GUEKGUEZIAN, LLP
230 Congress Street, Tenth Floor
Boston, MA 02110
(617) 423-6674

- 5 -

FOR THE DEFENDANT, JAMES DAVID ALPERS, M.D.

Matthew R. Connors, Esquire
FICKSMAN & CONLEY, LLP
98 North Washington Street
Suite 500
Boston, MA 02114
(617) 720-1515

*/s/ Stacey E. Morris*
STACEY E. MORRIS

Dated: October 8, 2004

S:\SPARKS, SHERI AND PATRICK VS. BEER, DENNIS, M.D. - JU966-8071, CLAIM NO\Pleadings\Discovery\Automatic Disclosure.doc

 **ProMutualGroup**　　　　　Medical Professional Mutual
　　　　　　　　　　　　　　　Insurance Company

## Medical Professional Liability - Occurrence
## Renewal Declaration

POLICY NUMBER: 1-12894
FORMER POLICY NUMBER: 1-12894

NAMED INSURED AND ADDRESS:　PMG ID#: A1254　PRODUCER: Direct Account　PRODUCER ID#:

Dennis J. Beer, M.D.
c/o Pulmonary Medicine
Newton Wellesley Hosp.
2014 Washington St
Newton, MA 02162

POLICY PERIOD: 07/01/2001 to 07/01/2002 at 12:01 A.M.
Standard Time at Named Insured address above.

DESCRIPTION OF BUSINESS: INDIVIDUAL

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE COVERAGE STATED IN THIS POLICY.

| COVERAGE | RETROACTIVE DATE | CLASS CODE AND DESCRIPTION | LIMITS | |
|---|---|---|---|---|
| Professional Liability Occurrence | | 80283 Intensive Care - Minor Surgery | $2,000,000 | Per Claim |
| | | | $6,000,000 | Annual Aggregate |
| Supplementary Payments Retroactive Date: | 01/01/1998 | | | |

ADDITIONAL RATING FACTORS:
Claims Free Credit

PREMIUM:

ADDITIONAL COVERAGES:

FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY:
PMG 001 01/01　Your New Individual Medical Professional Liability Policy
PL 024 01/01　Medical Professional Liability for Physicians and Surgeons -- Occurrence Form
PL 054 01/01　Massachusetts Mandatory Amendments Endorsement

POLICY PREMIUM: $10,221
DIVIDENDS PAID: $1,022
PREMIUM AFTER DIVIDENDS: $9,199

Mark J. Steffen
Sr. VP, COO

Janice W. Allegretto
Asst. Sec.

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.

Date Produced: 5/23/01 7:39 PM

Page 1

DEC 100 01/01