UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHERI SPARKS, et al
       Plaintiff

v.                                                      Civil Action No. 04cv11741NG

JAMES DAVID ALPERS, MD, et al
       Defendant

**GERTNER, D.J.:**

**ORDER OF ADMINISTRATIVE STAY/CLOSING**

It is hereby ordered that the above entitled case is stayed/closed pending the resolution of the Medical Tribunal proceedings. To avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

The above-entitled action is hereby stayed/closed administratively without prejudice to the right of any party to restore it to the active docket upon termination of the Medical Tribunal proceedings, if any further action is required.

Dated: 10/29/2004                           /s/ Jennifer Filo
                                            Deputy Clerk