UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-11741 NG

_____
SHERI SPARKS and                      )
PATRICK SPARKS                        )
                                      )
Plaintiffs,                           )
                                      )
v.                                    )
                                      )
JAMES DAVID ALPERS, M.D.,             )
DENNIS BEER, M.D.,                    )
JAMES TODD, M.D., and                 )
STEPHEN GAEHDE, M.D.                  )
_____)

## NOTICE OF WITHDRAWAL OF APPEARANCE

     Please withdraw my appearance as attorney for the defendant, James Todd, M.D., in the above-entitled case. Douglas A. Morgan of RINDLER • MORGAN, P.C. will continue his representation of the defendants.

                                             The Defendant,
                                             James Todd, M.D.
                                             By his attorney,

                                             /s Brooks A. Ames
                                             Brooks A. Ames, BBO # 641192
                                             **RINDLER • MORGAN, P.C.**
                                             133 Portland Street, Suite 500
                                             Boston, MA 02114-1728
                                             (617) 973-0660

Dated: 12/28/04