UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 11 P 1: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

SHERI SPARKS and
PATRICK SPARKS
    Plaintiffs,

CA# 04-11741 NG

v.

JAMES DAVID ALPERS, M.D.,
DENNIS BEER, M.D.,
JAMES TODD, M.D., and
STEPHEN GAEHDE, M.D
    Defendants.

### NOTICE OF TEMPORARY WITHDRAWAL

COMES NOW Kenneth M. Levine and pursuant to the Notice of Suspension for a period of thirty (30) days issued on January 21, 2005, and hereby **temporarily** withdraws as counsel for the Plaintiff in the above referenced matter.

Respectfully submitted this 4th day of February, 2005

_____
Kenneth M. Levine, BBO #296850
370 Washington Street
Brookline, Massachusetts 02445
617-566-2700