BOARD OF BAR OVERSEE
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

NOTICE OF SUSPENSION
TO COURT, AGENCY, OR TRIBUNAL

RE: DOCKET NO. 04-11724 (NG)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHERI SPARKS and
PATRICK SPARKS

    Plaintiffs,

v.

JAMES DAVID ALPERS, M.D.,
DENNIS BEER, M.D.,
JAMES TODD, M.D., and
STEPHEN GAEHDE, M.D

    Defendants.

CLIENT:    Patrick Sparks
              Sheri Sparks
              52 Newport Avenue
              W. Hartford, CT 06107

Pursuant to S.J. C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been suspended from further practice of the law in the Commonwealth of Massachusetts for a period of thirty days and consequently am unable to act as an attorney after January 21, 2005 the effective date of suspension. I am suspended foe a period of 30 days. Enclosed are copies pf the notices of

suspension, which I have to sent to my client(s), counsel of record, and those parties unrepresented by counsel.

DATE: 2/4/05

SIGNATURE: _____
Kenneth M. Levine
370 Washington Street
Brookline, MA  02445
(617) 566-2700

BOARD OF BAR OVERSEE
OF THE SUPREME JUDICIAL C URT
FOR THE
COMMONWEALTH OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -7  P 3:09

U.S. DISTRICT COURT
DISTRICT OF MASS

NOTICE OF SUSPENSION
TO COUNSEL AND UNREPRESENTED PARTIES

TO:  Douglas Morgan, Esq.              Brooke Ames, Esq.
     Rindler Morgan PC                 Rindler Morgan PC
     133 Portland Street, Suite 500    133 Portland Street, Suite 500
     Boston, MA  02114-1728            Boston, MA  02114-1728

     Stacey Ellen Morris, Esq.         James P. Donohue, Jr., Esq.
     Sloane & Walsh, LLP               Sloane & Walsh LLP
     Three Center Plaza                Three Center Plaza
     Boston, MA  02108                 Boston, MA  02108

     Matthew R. Connors, Esq.
     Ficksman & Conley
     98 North Washington St., Suite 500
     Boston, MA  02114

     Bernard Guekguezian
     Adler, Cohen, Harvey, Wakeman & Guekguezian LLP
     230 Congress Street
     Boston, MA  02110

RE:  UNITED STATES DISTRICT COURT
     DISTRICT OF MASSACHUSETTS

     SHERI SPARKS and
     PATRICK SPARKS

         Plaintiffs,

     v.

     JAMES DAVID ALPERS, M.D.,
     DENNIS BEER, M.D.,
     JAMES TODD, M.D., and
     STEPHEN GAEHDE, M.D

         Defendants.

     DOCKET NO. 04-11724 (NG)

CLIENT NAME:      Patrick Sparks and Sheri Sparks

Pursuant to S.J. C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have been suspended from further practice of the law in the Commonwealth of Massachusetts for a period of thirty days and consequently am unable to act as an attorney after January 21, 2005 the effective date of suspension. I am suspended for a period of 30 days.

DATE: 2/4/05                        SIGNATURE: _____

Kenneth M. Levine
370 Washington Street
Brookline, MA 02445
(617) 566-2700

BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
COMMONWEALTH OF MASSACHUSETTS

**NOTICE OF SUSPENSION TO CLIENT**

FILED
IN CLERKS OFFICE

2005 FEB -7  P 3: 09

U.S. DISTRICT COURT
DISTRICT OF MASS

TO: Patrick Sparks
Sheri Sparks
52 Newport Avenue
W. Hartford, CT 06107

RE: UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHERI SPARKS and
PATRICK SPARKS

    Plaintiffs,

v.

JAMES DAVID ALPERS, M.D.,
DENNIS BEER, M.D.,
JAMES TODD, M.D., and
STEPHEN GAEHDE, M.D

    Defendants.

DOCKET NO. 04-11724 (NG)

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4:17 of rules of the Board of Bar Overseers for Commonwealth of Massachusetts, you are hereby advised that I have been suspended from further practice of the law in the Commonwealth of Massachusetts and consequently am disqualified from acting as an attorney after January 21, 2005, the effective date of suspension. I am suspended for a period of 30 days.

If you are not represented by co-counsel, you should act promptly to obtain other counsel to represent you further in the above matter.

You have the right to have all papers, documents, and other materials that you supplied to me in this case returned to you, as well as the right to certain other documents in your file. These ocuments may be retrieved from:

    KENNETH M. LEVINE
    370 Washington Street
    Brookline, MA 02445
    (617) 566-2700

You also have the right to a refund of any part of any fees and cost you paid in advance that have not been earned or expensed.

DATED: 2/4/05                    SIGNATURE: _____
                                 Kenneth M. Levine
                                 370 Washington Street
                                 Brookline, MA  02445
                                 (617) 566-2700