UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11741NG

| | |
|---|---|
| SHERI SPARKS and PATRICK SPARKS<br>Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| JAMES DAVID ALPERS, M.D.,<br>DENNIS BEER, M.D.,<br>JAMES TODD, M.D., and<br>STEPHEN GAEHDE, M.D.<br>Defendants | )<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF CHANGE OF FIRM ADDRESS

TO THE CIVIL CLERK:

Pursuant to Massachusetts Rules of Civil Procedure, Rule 11(d), notice of a change of firm address is hereby given and is effective June 6, 2005 as follows:

ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
Telephone: (617) 423-6674
Telefax: (617) 423-7152

Our telephone and telefax numbers will remain the same.

A copy of this notice has been forwarded to all counsel of record.

The Defendant,
Stephen Gaehde, M.D.
By his Attorneys,

_____
A. Bernard Guekguezian, BBO #559191
E. Amy Tucci, BBO # 660624
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
230 Congress Street
Boston, MA 02110
(617) 423-6674

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____