UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-11741 NG

_____

SHERI SPARKS and                    )
PATRICK SPARKS                      )
                                    )
Plaintiffs,                         )
                                    )
v.                                  )
                                    )
JAMES DAVID ALPERS, M.D.,           )
DENNIS BEER, M.D.,                  )
JAMES TODD, M.D., and               )
STEPHEN GAEHDE, M.D.                )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Holly L. Parks as counsel for the Defendant, James

Todd, M.D., in the above-entitled matter.  Douglas A. Morgan also remains as counsel on

behalf of James Todd, M.D.

The Defendant,
**James Todd, M.D.,**
By his attorneys,


s/ Holly L. Parks_____
Douglas A. Morgan, BBO #557653
Holly L. Parks, BBO #647273
**RINDLER•MORGAN, P.C.**
133 Portland Street, Suite 500
Boston, MA 02114-1728
(617) 973-0660


Dated: September 1, 2005