

Home » County Inquiry » Civil Docket Search » Docket Details » Docket Entries » Entry Text

# Sparks et al v Aplers, MD et al

## Docket Entry Details for Docket: MICV2004-04396

| No. | Docket Entry: |
|---|---|
| 1 | Medical malpractice tribunal report: as to James Todd, MD, that there |
| 2 | is not sufficient evidence to raise a legitimate question as to |
| 3 | liability appropriate for judicial inquiry (Smith, J.) copies mailed |
| 4 | August 1, 2005 |

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events |
|---|---|---|---|---|
| | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

System data reflects current



Home » County Inquiry » Civil Docket Search » Docket Details » Docket Entries » Entry Text

# Sparks et al v Aplers, MD et al

### Docket Entry Details for Docket: MICV2004-04396

| No. | Docket Entry: |
|---|---|
| 1 | MOTION (P#8) Motion to preclude the plaintiffs' offer of proofs is |
| 2 | ALLOWED and motion to increase the bond to $12,000 (See Denton v. |
| 3 | Beth Israel Hosp.,392 Mass 277 (1984) as this court assumes that the |
| 4 | plaintiff's claims are entirely frivolous since to plaintiff |
| 5 | neither filed any offer of proof nor appeared at the Tribunal Dated: |
| 6 | July 28, 2005 ( Justice) Notices mailed July 29, 2005 |

| Docket Details: | Parties | Attorneys | Docket Entries | Calendar Events |
|---|---|---|---|---|
| | | | | Print Docket |

Massachusetts Administrative Office of the Trial Court
© Copyright, 2000-2001
» Logout

System data reflects current