UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHERI SPARKS and PATRICK SPARKS, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. |
| ) | 04-11741 NG |
| v. ) | |
| ) | |
| JAMES DAVID ALPERS, M.D., ) | |
| DENNIS BEER, M.D., ) | |
| JAMES TODD, M.D., and ) | |
| STEPHEN GAEHDE, M.D. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned, being all of the parties to this action, hereby stipulate, pursuant to F.

R. Civ. P. 41(a)(1)(ii), this action be and hereby is dismissed with prejudice and without costs


Respectfully submitted,

The plaintiffs,                                    The defendant,
SHERI SPARKS and                          DENNIS BEER, M.D.
 PATRICK SPARKS                           By his Attorneys,
By their Attorneys,


_____                    _____
Kenneth M. Levine, BBO #296850        James P. Donohue, BBO #555946
Sheila E. Mone, BBO #634615              Stacey E. Morris, BBO #648386
Kenneth M. Levine & Associates           Sloane and Walsh, LLP
370 Washington Street                         Three Center Plaza, 8th Floor
Brookline, MA 02446                           Boston, MA 02108
(617) 566-2700                                    (617) 523-6010

The defendant,
JAMES TODD, M.D.
By his Attorneys,

Douglas A. Morgan, BBO #557653
Rindler Morgan, P.C.
133 Portland Street
Boston, MA 02114
(617) 973-0660

The defendant,
JAMES DAVID ALPERS, M.D.
By his Attorneys,

Matthew R. Connors, BBO#6363
Ficksman & Conley, LLP
98 N. Washington Street
Boston, MA 02114
(617) 720-1515

The defendant,
STEPHEN GAEHDE, M.D.
By his Attorneys,

A. Bernard Guekguezian, BBO #559191
E. Amy Tucci, BBO #660624
Adler, Cohen, Harvey, Wakeman &
 Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674

Dated: September 26, 2005

2

## CERTIFICATE OF SERVICE

I, Matthew R. Connors, attorney for said defendant, hereby certify that I have this day

served copies of the attached:

## STIPULATION OF DISMISSAL WITH PREJUDICE

upon all parties by mailing copies therefore, postage prepaid, directed to:

Kenneth Levine, Esq.
Kenneth Levine & Assoc.
370 Washington Street
Brookline, MA 02446

Douglas A. Morgan, Esq.
Rindler Morgan
133 Portland Street - Suite 500
Boston, MA 02114

Stacey E. Morris, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108

Ellen Cohen, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP
75 Federal Street - 10th Floor
Boston, MA 02110

Signed under the pains and penalties of perjury.

DATED:  September 26, 2005

MATTHEW R. CONNORS
BBO# 636358
Ficksman & Conley, LLP
98 No. Washington Street - Suite 500
Boston, MA 02114
(617) 720-1515